IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

```
PHARMACEUTICAL GENERIC DEVELOPERS,
INC.,

        Plaintiff

           v.                          CIVIL NO. 03-1456 (JP)

GIL PHARMACEUTICAL, INC., et al.,

        Defendants
```

### FINAL JUDGMENT

The Court hereby **ENTERS JUDGMENT** for Plaintiff Pharmaceutical Generic Developers, Inc., to have and recover from Defendant Swiss Caps USA, Inc., an amount of **ONE MILLION THREE HUNDRED SEVENTEEN THOUSAND THREE HUNDRED NINETY-SIX DOLLARS ($1,317,396.00)** as mandatory trebled damages in accordance to section 4 of the Clayton Act, 15 U.S.C. Section 15; plus pre-judgment interest in an amount of **FORTY THOUSAND FIVE HUNDRED SEVENTY-SEVEN DOLLARS ($40,577.00)**, in view of the excessive delay caused by Defendant Swiss Caps.

Costs and reasonable attorneys fees are also awarded under the Clayton Act, 15 U.S.C. Section 15.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 12th day of June, 2007.

> s/Jaime Pieras, Jr.
> JAIME PIERAS, JR.
> U.S. SENIOR DISTRICT JUDGE